AO 108 (Rev. 06/09) Application for a Warrant to Seize Personal Property Subject to Forfeiture AUTHORIZED AND APPROVED/DATE: D.H. Dilbeck 1/23/2026

# UNITED STATES DISTRICT COURT
### for the

_____WESTERN_____ DISTRICT OF_____OKLAHOMA_____

| | |
|---|---|
| In the Matter of the Seizure of a<br>2021 Ford F-150 King Ranch, VIN: 1FTFW1ED5MFD00937 | )<br>)<br>)     Case No: M-26-31-ALM |

### APPLICATION FOR A WARRANT
### TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, John T. Ihle, a federal law enforcement officer for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property is subject to forfeiture to the United States of America under 18 U.S.C. § 981(a)(1)(C) for violations of 18 U.S.C. §§ 1347 and 1349:

**2021 Ford F-150 King Ranch, VIN: 1FTFW1ED5MFD00937**

The application is based on these facts:

See attached Affidavit of Special Agent John T. Ihle of the Defense Criminal Investigative Service, Department of Defense Office of Inspector General, which is incorporated by reference herein.

☒   Continued on the attached sheet.

_____
Applicant's signature

John T. Ihle
Special Agent
Defense Criminal Investigative Service
Department of Defense Office of Inspector General

Sworn to before me and signed in my presence.

Date: 1/27/26

_____
Judge's signature

City and State: Oklahoma City, Oklahoma

Amanda L. Maxfield, U.S. Magistrate Judge
_____
Printed name and title

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF (i) 2020 Ford F-250 Super Duty, F-250 Super Duty, VIN: 1FT8W2BT7LED48776; (ii) 2021 Yamaha Viking, VIN: 5Y4AMC7E6MA100929; (iii) 2022 Yamaha Wolverine, VIN: 5Y4AN40Y1NA101656; (iv) 2022 Hyundai Santa Fe, VIN: 5NMS34AJ6NH425955; (v) 2022 Ford Edge, VIN: 2FMPK4K9XNBB15640; (vi) 2023 Harley-Davidson Road Glide Special, VIN: 1HD1AFP10PB661205; (vii) 2024 Jeep Grand Cherokee, VIN: 1C4RJHEG7R8928198; (viii) 2024 Ford F-150 Tremor, VIN: 1FTFW4L59RFB67538; (ix) 2025 Lincoln Aviator, VIN: 5LM5J7XC3SGL06771; (x) 2024 Lincoln Aviator, VIN: 5LM5J7XCXRGL07880; (xi) 2025 Ford Mustang, VIN: 1FAGP8FF6S5113337; (xii) 2021 Ford F-150 King Ranch, VIN: 1FTFW1ED5MFD00937; (xiii) 2024 Yamaha Golf Cart, Serial Number: DR2AY1XPT; (xiv) 2020 Ford F-150 Raptor, VIN: 1FTFW1RG6LFB66586; (xv) 2005 Spartan Mountain Master Motorhome, VIN: 4VZBR1J985C047928. | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR SEIZURE WARRANTS**

I, John T. Ihle, being duly sworn, declare and state as follows:

**I. INTRODUCTION**

1.       I am a "federal law enforcement officer" within the meaning of Federal Rule

of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the

criminal laws. I have been a federal law enforcement officer since 2013. I have been a special agent with the Defense Criminal Investigative Service (DCIS), Department of Defense Office of Inspector General (DODIG) since January 2023, assigned to the Tulsa Resident Agency. Prior to working for DCIS, I was employed with the United States Army's Criminal Investigation Division's Major Procurement Fraud Unit, assigned to the Dallas Fraud and European Resident Offices from October 2016 to January 2023. Prior to working for MPFU, I was an Active-Duty CID Special Agent with the United States Army's Criminal Investigation Division, assigned to the Fort Sill CID Detachment. I have been the lead case agent on several investigations related to health care fraud, financial crimes investigations, complex wire fraud schemes, counterfeiting schemes, and money laundering. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, and federal law enforcement agencies.

2.    I make this affidavit in support of an application for seizure warrants of the following vehicles (collectively, the "**Subject Vehicles**") and a financial account:

i.    2020 Ford F-250 Super Duty, White, VIN: 1FT8W2BT7LED48776, OK Tag: JWY777, registered to Stephen Johnson, 2504 SW Lee Blvd, Lawton, OK;

ii.    2021 Yamaha Viking YXM700, Utility Vehicle, VIN: 5Y4AMC7E6MA100929, OK Tag: 3T0707, is registered to Stephen Johnson DBA, 602 SW Eden Place, Lawton, OK 73505;

iii.    2022 Yamaha Wolverine RMX4, Utility Vehicle, Turquoise, VIN: 5Y4AN40Y1NA101656, MT Tag: DKB363, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

iv.   2022 Hyundai Santa Fe, Grey, VIN: 5NMS34AJ6NH425955, MT Tag: 777920D, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

v.    2022 Ford Edge Titanium, Red, VIN: 2FMPK4K9XNBB15640, MT Tag: 705541E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

vi.   2023 Harley Davidson, Road Glide Special, Red, VIN: 1HD1AFP10PB661205, MT Tag: EGK232, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

vii.  2024 Jeep Grand Cherokee, White, VIN: 1C4RJHEG7R8928198, MT Tag: 757587E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

viii. 2024 Ford F-150 Tremor, White, VIN: 1FTFW4L59RFB67538, MT Tag: 790822E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901.

ix.   2025 Lincoln Aviator, Red, VIN: 5LM5J7XC3SGL06771, MT Tag: 790892E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

x.    2024 Lincoln Aviator, Blue, VIN: 5LM5J7XCXRGL07880, MT Tag: 791879E, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

xi.   2025 Ford Mustang GT, White, VIN: 1FAGP8FF6S5113337, MT Tag: 7AA1253, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

xii.  2021 Ford F-150 King Ranch, White, VIN: 1FTFW1ED5MFD00937, MT Tag: 747296D, registered to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901;

xiii. 2024 Yamaha Drive2 PTV Golf Cart, Blue, SN: DR2AY1XPT;

xiv.  2020 Ford F-150 Raptor, White, VIN: 1FTFW1RG6LFB66586. OK Tag: GOTSVN, registered to Stephen Johnson DBA JMC Inc., 2504 SW Lee Blvd, Lawton, OK 73505;

xv.   2005 Spartan Mountain Master Motorhome. VIN: 4VZBR1J985C047928, OK Tag: BTU651, registered to Linda I. Johnson, 307 NW 33rd Place, Lawton, OK.

3.    As described more fully below, I respectfully submit there is probable cause to believe the **Subject Vehicles** were purchased with proceeds traceable to criminal violations of 18 U.S.C. § 1347 (Health Care Fraud) and 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud.

4.    The **Subject Vehicles** and account are therefore subject to forfeiture under 18 U.S.C. § 981(a)(1)(C), and this Court may issue the requested seizure warrants pursuant to 18 U.S.C. § 981(b).

5.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of our investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. STATEMENT OF PROBABLE CAUSE

6.    Johnson Medical Consulting, d/b/a Combined Home Medical Equipment ("Combined"), is a limited liability company that was formed under the laws of the State of Oklahoma on July 15, 1998. Combined is located at 2504 SW Lee Blvd, Lawton, OK 73505 (the "Combined Premises").  My investigation has shown that Linda, Stewart, and Stephen Johnson control Combined.

4

7.    Combined is owned by the above-mentioned Johnson Family. Linda Johnson is a Registered Nurse in the State of Oklahoma, License #R0025047, and married to Stewart Johnson.  Stewart Johnson is a Respiratory Care Practitioner in the State of Oklahoma, License #3227.  Stewart and Linda have three sons, Nathan, Stephen, and Nicholas.  All three sons have been employed by Combined during the suspected fraud scheme and Stephen is currently employed by Combined.

8.    Combined has approximately nine employees, recent surveillance has placed several vehicles there, and it currently appears to be open and operational. Vehicles, people, and business activities were observed there as recently as of October 28, 2025.

9.    According to the Defense Health Agency ("DHA"), the government health care benefits program TRICARE has processed claims for Combined as recently as August 13, 2025.

10.    Evidence obtained thus far includes the following main categories of information: interviews with witnesses and victims of the current ongoing fraud; documents provided to agents by victims, banks, health care companies, and other witnesses; and government records involving medical billing to government health care benefit programs.

## The Current Fraudulent Billing Scheme

11.    My investigation has revealed that the Johnson family, through Combined, engaged in a fraud scheme against TRICARE, a government health care benefits program, by excessively billing the Current Procedure Terminology (CPT) code 94660 (Continuous Positive Airway Pressure (CPAP) initiation and management). A Procedure Code

5

Utilization Report for the TRICARE East Region indicated that Combined ranked first overall for the highest paid provider for CPT 94660 claims. In total, from January 2018 through December 2024, Combined received approximately $26.6 million in reimbursements from TRICARE on CPT 94660 claims.



12.     According to DHA, CPT 94660 is intended to be billed for face-to-face encounters between a provider and beneficiary for either the initial use of a CPAP machine or the management of continuing CPAP use.

13.     An audit completed by DHA contractor Humana Military of medical records uncovered evidence that Combined billed excessive units, maintained insufficient documentation, billed for services that were not medically necessary, and billed for services that were not rendered. Face-to-face CPAP discussion between the provider and beneficiary were not documented in the medical records, and the billing of excessive units especially



were not documented. The medical records failed to document compliance reports that are used to substantiate medical necessity. Combined also failed to provide any medical records at all for one claim.

14.    A review of Combined's employment records revealed that between January 2018 and September 2024, Combined did not have a medical physician or medical professional who satisfied the provider requirement to bill for CPT 94660. The medical physicians overseeing the TRICARE beneficiaries were military doctors either on Active-Duty military status or government employees. These referring physicians were not Combined employees and Combined did not use their National Provider Identifier numbers to bill TRICARE.

15.    A review of text messages between Stephen Johnson and J.J. revealed that he talked to J.J. about billing TRICARE and the amount of money Combined made through overbilling TRICARE. In a text message exchange from January 12, 2017, Stephen Johnson was discussing some changes in TRICARE policy about how much they would pay for CPAP machines. He said "We aren't in the poor house. Just glad we can get our download mgmt [sic] fee monthly." Later in the conversation he said, "As long as they pay the mgmt [sic] fees. They stop paying those, it's game over." In another text message exchange from January 18, 2017, he told J.J., "I am just going to get the amount we would have received plus a little extra."

<u>The Beneficiary Interviews and Claims Reviews</u>

16.    On or about April 1, 2025, B.G., an Active-Duty service member was interviewed at Fort Sill, OK. B.G. stated he received his CPAP machine from Combined on around February 1, 2023, and has used it routinely to the present time. B.G. has only been to the Combined Premise twice: on or around February 1, 2023, when he initially

received the machine, and again on or around July 16, 2024, when he picked up supplies for the CPAP machine.

17.     A review of the claims data for B.G. showed that between February 1, 2023, and June 6, 2024, Combined billed TRICARE 464 times for CPT 94660.  This means Combined claimed they saw B.G. face-to-face 464 times over an approximately fifteen-month span.  The 464 claims resulted in TRICARE payments of approximately $19,266.

18.     On or about April 2, 2025, J.T., a retired military service member was interviewed in Elgin, OK.  J.T. stated he received his CPAP machine from Combined on or around September 27, 2019, and used it routinely to the present time.  J.T. said he had only been at the Combined Premises three or four times over an approximately four-and-a-half-year time frame. J.T. went to the Combined Premises the first time to receive his CPAP machine and the subsequent visits were to receive supplies.

19.     A review of the claims data for J.T. showed that between September 27, 2019, and March 29, 2024, Combined billed TRICARE 1,605 times for CPT 94660.  This means Combined claimed they saw J.T. face-to-face 1,605 times over a an approximately four-and-half year time span.   Those 1,605 claims resulted in TRICARE payments of approximately $67,432.

20.     On or about April 9, 2025, G.C., a retired military service member, was interviewed telephonically while residing in El Paso, TX.  G.C. stated he received his CPAP machine from Combined on or around October 9, 2019, and used it routinely. G.C. believed he had been to the Combined Premises three or four times over four or five years.  He received his CPAP machine on the first visit, and the remainder of the visits were to pick

9

up CPAP supplies. G.C. also stated he was out of the country on a deployment from June 2021 to June 2022.

21.     A review of the claims data for G.C. showed that between October 9, 2019, and September 2, 2023, Combined billed TRICARE 875 times for CPT 94660. This means Combined claimed they saw G.C. face-to-face 875 times over an approximately four-year time span. Those 875 claims resulted in TRICARE payments of approximately $35,364. Additionally, between June 2021 and March 2022, Combined billed TRICARE for 319 face-to-face visits for G.C. while he was deployed and out of the country. During this specific period of G.C.'s deployment, TRICARE paid over $13,245 to Combined for face-to-face visits that did not take place.

22.     Because of the above facts, I believe there is probable cause to believe that Linda, Stewart, and Stephen Johnson, through Combined, have committed violations of 18 U.S.C. § 1347 (Health Care Fraud) and 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud).

### III. FINANCIAL ANALYSIS AND TRACING

23.     As part of this investigation, I reviewed statements for commercial checking account #735754 ("Account #5754"), in the name of Johnson Medical Consulting Inc., at Liberty National Bank, Lawton, Oklahoma. Account #5754 was opened on November 22, 2005. Account opening documents identify the account as a business account for a business that sells "Home Medical Equipment." Stewart M. Johnson and Linda I. Johnson are authorized signers on this account.

10

24.     Between February 07, 2018, and May 23, 2025, Account #5754 received approximately $43,115,160.86 in reimbursements from TRICARE. Of this $43,115,160.86, DHA program integrity has identified approximately $26.6 million which were paid to Combined on fraudulent billing. It appears that during that time, Account #5754 was used to receive TRICARE funds and then transfer the TRICARE funds to other accounts owned and controlled by the subjects, as represented in the following summary chart (and described more fully below):



Johnson Medical Consulting, Inc., dba Combined Home Medical Equipment
Liberty National Bank Account #3146

25.    As part of this investigation, I reviewed commercial checking account #703146 ("Account #3146"), in the name of Johnson Medical Consulting Inc., DBA Combined Home Medical Equipment, at Liberty National Bank, Lawton, Oklahoma. Account #3146 was opened on August 10, 1998. Linda I. Johnson, Stewart M. Johnson, Nathan M. Johnson, Nicholas P. Johnson, and Stephen M. Johnson are authorized signers on the account.

26.    Between February 07, 2018, and May 30, 2025, Account #3146 received transfers from Account #5754 and checks from TRICARE totaling approximately $43,218,270.32, of which approximately $26.6 million is attributable to Combined's fraudulent billing scheme use of CPT Code 94660. The primary expenditures from Account #3146 appear to include payroll, business operations, vehicle payments, credit card payments, personal expenses, and transfers to other accounts owned or controlled by the subjects.

### Johnson Medical Consulting, Inc., Liberty National Bank Account #6943

27.    As part of this investigation, I reviewed business account #50116943 ("Account #6943"), in the name Johnson Medical Consulting, Inc., at Liberty National Bank in Lawton, Oklahoma.  Account #6943 was opened on May 09, 2018.  Linda I. Johnson, Stewart M. Johnson, Nathan M. Johnson, Nicholas P. Johnson, and Stephen M. Johnson are authorized signers on the account.

28.    Between May 10, 2018, and May 30, 2025, Account #6943 received $19,135,045.04 in total deposits.  Of the total deposits, $18,724,305.49 was transferred

from Account #3146 and derives from TRICARE funds originally received by Account #5754; $197,060.37 was transferred from a Combined payroll account and derived from previous transfers from Account #3146—money that, in turn, originally derived from transfers from Account #5754 to Account #3146 of TRICARE funds; and $213,679.18 derived from other non-TRICARE sources.



29.     Account #6943 appears to have no other purpose than to serve as a staging account for moving funds back and forth between Account #3146 and other accounts controlled by Combined.

Stewart M. Johnson, Linda I. Johnson, Stephen M. Johnson,
Liberty National Bank Account #6932

30.     As part of this investigation, I reviewed personal account #50116932 ("Account #6932"), in the name Stewart M. Johnson, Linda I. Johnson, and Stephen M. Johnson., at Liberty National Bank in Lawton, Oklahoma.  Account #6932 was opened

on May 09, 2018.   Linda I. Johnson, Stewart M. Johnson, Stephen M. Johnson are authorized signers on the account.

31.    Between May 09, 2018, and May 30, 2025, Account #6932 received approximately $4,796,508.17 in total deposits.  Of the total deposits, $2,702,796.42 was transferred from Account #3146 and derives from TRICARE funds originally received by Account #5754; $1,425,700.00 was transferred from other Combined and Johnson accounts and derived from previous transfers from Account #3146—money that, in turn, originally derived from transfers from Account #5754 to Account #3146 of TRICARE funds; and $668,011.75 was from other sources.



32.    The deposits were primarily in the form of paychecks, insurance checks, and equity checks. This account was used to transfer funds to other accounts controlled by Combined, including transfers to American Express National Bank, Certificates of

Deposit, and miscellaneous payments to Zelle, wires, and payments to construction companies.

<u>Stewart M. Johnson and Linda B. Johnson, Arvest Bank Account #0290</u>

33.    As part of this investigation, I reviewed personal money market account #10680290 ("Account #0290"), in the name of Stewart M. Johnson and Linda B. Johnson, at Arvest National Bank, Lawton, Oklahoma.  Account #0290 was opened on May 06, 2002. Stewart M. Johnson and Linda B. Johnson are authorized signers on the account.

34.    Between February 16, 2018, and May 30, 2025, Account #0290 received approximately $13,576,595.33 in total deposits.  Of the total deposits, $9,155,278.72 was transferred from #3146 and is directly tied to TRICARE funds received; $3,823,420.80 was transferred from other Combined and Johnson accounts and derived from previous transfers from Account #3146—money that, in turn, originally derived from transfers from Account #5754 to Account #3146 of TRICARE funds; and $597,895.81 was from other                                                                                         sources.



35.    This account was primarily used to pay daily expenses, credit cards, vehicles, and transfer funds to other accounts, including high yield savings accounts at Forbright Bank, Ivy Bank, and American Express National Bank.

<u>Johnson Ranch LLC, Liberty National Bank Account #1854</u>

36.    As part of this investigation, I reviewed business account #741854 ("Account #1854"), in the name of Johnson Ranch LLC, at Liberty National Bank, Lawton, Oklahoma.  Account #1854 was opened on May 28, 2008. Stewart M. Johnson and Linda I. Johnson are authorized signers on the account.

37.    Between February 1, 2018, and May 30, 2025, Account #1854 received approximately $1,530,573.31 in total deposits.  Of the total deposits, $662,354.16 was transferred from Account #3146 and derives from TRICARE funds originally received by Account #5754; $602,649.00 was transferred from other Combined and Johnson accounts and derived from previous transfers from Account #3146—money that, in turn, originally derived from transfers from Account #5754 to Account #3146 of TRICARE funds; and $265,570.15 was from other sources.



Johnson Ranch LLC, Liberty National Bank Account #4838

38.    As part of this investigation, I reviewed small business checking account #50154838 ("Account 4838"), in the name of Johnson Medical Consulting, Inc., DBA Combined Home Medical Equipment, at Liberty National Bank, Lawton, Oklahoma. Account 4838 was opened on April 15, 2020. Stephen M. Johnson, Linda I Johnson, and Stewart M. Johnson are authorized signers on the account.

39.    Between April 15, 2020, and May 30, 2025, Account #4838 received approximately $8,123,822.98 in total deposits. Of the total deposits, approximately $7,544,829.88 was transferred from Account #3146 and derives from TRICARE funds originally received by Account #5754; approximately $43,484.73 was transferred directly from Account #5754; $150,000.00 was transferred from other Combined and Johnson accounts and derived from previous transfers from Account #3146—money that, in turn, originally derived from transfers from Account #5754 to Account #3146 of TRICARE funds; and $385,508.37 was from other sources.



## ASSETS SUBJECT TO SEIZURE

40.     On November 23, 2021, S&L Johnson Ranch LLC was incorporated in the state of Montana with the registered agent listed as "ALL DAY $49 MONTANA REG AGENT LLC," 1001 S. Main Street, Suite 49, Kalispell, MT 59901. Subsequently, Subject Vehicles purchased in Oklahoma after 2021 by the Johnsons have been registered in the State of Montana to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901. S&L Johnson Ranch LLC does not appear to perform any other function other than being used to register the subject vehicles in Montana. The State of Montana does not have sales tax, including for new vehicle sales. Consequently, by registering the subject vehicles through S&L Johnson Ranch LLC in Montana, the Johnson did not pay any sales tax on the subject vehicles. During the course of the investigation, the subject vehicles have been observed and located in Oklahoma.

41.     On May 26, 2020, Stewart Johnson signed check number 29074 ("Check 29074"), in the amount of $75,075.00, to Billingsley Ford of Lawton, Inc., Lawton, OK. Check 29704 was drawn on Account #3146. The memo line of check 29074 identifies VIN 1FT8W2BT7LED48776 ("VIN 8776"). VIN 8876 identifies a 2020 F250 Super Duty Truck. According to a public record search, VIN 8776 is registered to Stephen Johnson at 2504 SW Lee Boulevard, Lawton, OK 73505. VIN 8776 was last registered in Oklahoma on June 4, 2024, and was assigned Oklahoma tag number JWY777.



Check #29074 Paid to Billingsley Ford of Lawton, Inc. on May 26, 2020
Amount: $75,075.00
Memo: 15215 1FT8W28T7LED48776

42. On August 27, 2021, Stewart Johnson signed check number 10239 ("Check 10239"), in the amount of $13,988.00, to "Lawton Motor Sports," Lawton, Oklahoma. Check 10239 was drawn on account #1854. The memo line of check 10239 identifies VIN 5Y4AMC7E6MA100929 ("VIN 0929"). VIN 0929 identifies a Green 2021 Yamaha Viking YXM700. According to a public record search, VIN 0929 is registered to Stephen Johnson DBA, 602 SW Eden Place, Lawton, OK 73505. VIN 0929 was last registered in Oklahoma on December 20, 2025, and was assigned Oklahoma tag number 3T0707.



Check #10239 Paid to Lawton Motor Sports on August 27, 2021
Amount: $13,988.00
Memo: SY4AMC7E6MA100929

19

43.     On April 23, 2022, Stewart Johnson signed check number 10260 ("Check 0260"), in the amount of $23,234.00, to "Lawton Motor Sports", Lawton, Oklahoma. Check 0260 was drawn on Account 1854.  The memo line of Check 0260 identifies VIN 5Y4AN40Y1NA101656 ("VIN 1656").  VIN 1656 identifies a Turquoise 2022 Yamaha Wolverine RMX4.  According to a public record search, VIN 1656 is registered to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901.  VIN 1656 was registered in Montana on June 29, 2022, and was assigned Montana tag number DKB363.



44.     On August 31, 2022, Stewart Johnson signed check number 20894 ("Check 20894") in the amount of $34,345.00, to "Billingsley Hyundai of Lawton," Lawton, OK. Check 20894 was drawn on Account 0290.   According to a public records search, on October 1, 2022, a 2022 Hyundai Santa Fe, VIN 5NMS34AJ6NH425955 ("VIN 5955"), was registered to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901, and assigned MT Tag 777920D. No other vehicles were registered to S&L Johnson Ranch until April 1, 2023, seven months later.



Check #20894 Paid to Billingsley Hyundai of Lawton on August 31, 2022
Amount: $34,345.00

45. On March 8, 2023, Stewart Johnson signed check number 29701 ("Check 29701"), in the amount of $27,247.00, to "Billingsley Ford of Lawton, Inc.," Lawton, OK. Check 29701 was drawn on Account #3146. The memo line of check 29701 identifies VIN 2FMPK4K9XNBB15640 ("VIN 5640"). VIN 5640 identifies a Red 2022 Ford Edge. According to a public record search, VIN 5640, is registered to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901. VIN 5640 was registered in Montana on April 28, 2023, and was assigned Montana tag number 705541E.



Check #29701 Paid to Billingsley Ford of Lawton, Inc. on March 8, 2023
Amount: $27,247.00
Memo: 2FMPK4K9XNBB15640 N15640

46.     On October 18, 2023, Stewart Johnson signed check number 10313 ("Check

10313"), in the amount of $36,033.65, to "Diamondback Harley Davidson," Lawton, OK.

Check 10313 was drawn on Account 1854.  The memo line of check 10313 identifies VIN

1HD1AFP10PB661205 ("VIN 1205").  VIN 1205 identifies a Red 2023 Harley Davidson

Road Glide Special motorcycle.  According to a public record search, VIN 1205 is

registered to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT

59901.  VIN 1205 was registered in Montana on January 22, 2024, and was assigned

Montana tag number EGK232.



47.     On April 15, 2024, Stephen Johnson signed check number 29974 ("Check

29974"), in the amount of $73,816.00, to "Lawton Chrysler Jeep Dodge Ram," Lawton,

OK. Check 29974 was drawn on Account #3146.  The memo line of check 29974 identifies

VIN 1C4RJHEG7R8928198 ("VIN 8198"). VIN 8198 identifies a White 2024 Jeep Grand

Cherokee.  According to a public record search, VIN 8198 is registered to S&L Johnson

Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901. VIN 8198 was registered in Montana on July 10, 2024, and was assigned Montana tag number 757587E.



48.     On January 22, 2025, Stewart Johnson signed check number 15027 ("Check 15027"), in the amount of $96,000.00, to "Billingsley Ford Lawton," Lawton, Oklahoma. Check #15027 was drawn on Account 6932. The memo line of check 15027 identifies VIN 1FTFW4L59RFB67538 ("VIN 7538"). VIN 7538 identifies a White 2024 Ford F-150 Tremor. According to a public record search, VIN 7538, is registered to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901. VIN 7538 was registered in Montana on April 09, 2025, and was assigned Montana tag number 790822E.



Check #15027 Paid to Billingsley Ford Lawton on January 22, 2025
Amount: $96,000.00
Memo: 1FTFW4L59RFB67538

49.    On March 5, 2025, Stewart Johnson signed check number 15035 ("Check 15035"), in the amount of $73,000.00, to "Joe Cooper Lincoln," Oklahoma City, OK. Check 15035 was drawn on Account 6932. The memo line of check 15035 identifies VIN 5LM5J7XC3SGL06771 ("VIN 6771"). VIN 6771 identifies a Red 2025 Lincoln Aviator. According to a public record search, VIN 6771, is registered to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901. VIN 6771 was registered in Montana on April 17, 2025, and was assigned Montana tag number 790892E.



Check #15035 Paid to Joe Cooper Lincoln on March 5, 2025
Amount: $73,000.00
Memo: 5LM5J7XC3SGL06771

50.     On March 18, 2025, Stewart Johnson sent a bank wire, wire sequence number 42746 ("wire 2746"), in the amount of $66,892.00 to Bank of America for the benefit of "Doto Inc, DBA Stevens Creek Lincoln," San Jose, CA.   Wire 2746 originated from Account 6932.   The wire information included VIN 5LM5J7XCXRGL07880 ("VIN 7880").  VIN 7880 identifies a Blue 2024 Lincoln Aviator.  According to a public record search, VIN 7880 is registered to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901.  VIN 7880 was registered in Montana on April 25, 2025, and was assigned Montana tag number 791879E.



51.     On April 14, 2025, Stewart Johnson signed check number 30207 ("Check 30207"), in the amount of $62,346.00, to "Billingsley Ford of Lawton, Inc.," Lawton, OK. Check 30207 was drawn on Account #3146.  The memo line of check 30207 identifies Vehicle Identification Number ("VIN") 1FAGP8FF6S5113337 ("VIN 3337").  VIN 3337 identifies a White 2025 Ford Mustang GT Convertible with an eight-cylinder engine.

According to a public record search, VIN 3337 is registered to S&L Johnson Ranch LLC, 1001 S. Main Street, Suite 49, Kalispell, MT 59901. VIN 3337 was registered in Montana on May 23, 2025, and was assigned Montana tag number 7AA1253.



Check #30207 Paid to Billingsley Ford of Lawton, Inc. on April 14, 2025
Amount: $62,346.00
Memo: 1FAGP8FF655113337

52.     On December 9, 2021, Stewart Johnson wrote check number 29397 ("Check 29397"), in the amount of $76,675.00, to Billingsley Ford of Lawton, Inc., Lawton, OK. Check 29397 was drawn on Account #3146. On January 1, 2022, a 2021 Ford F-150 King Ranch, VIN: 1FTFW1ED5MFD00937 (VIN 0937), was registered in Montana to S&L Johnson Ranch LLC, 1001 S Main Street, Suite 49; Kalispell, MT 59901 and assigned MT Tag 747296D. No other vehicles were registered to S&L Johnson Ranch until June 1, 2022, six months later.



**2021 Ford F-150 King Ranch Lariat**

Check #29397 Paid to Billingsley Ford of Lawton, Inc. on December 9, 2021
Amount:$76,675.00
Memo: 15215

53. On or about October 22, 2024, Stephen Johnson signed check number 10363 ("Check 10363"), in the amount of $10,645.92, to Lawton Motorsports, Lawton, OK. Check 10363 was drawn on Account #1854. The memo line of check 10363 identifies Serial Number DR2AY1XPT ("SN 1XPT"). The memo line of the check identified SN 1XPT as a 2024 Yamaha Golf Cart.



**2024 Yamaha Golf Cart**

Check #10363 Paid to Lawton Motor Sports (No Date)
Amount:$10,645.92
Memo: 2024 YAMAHA DR2AY1XPT

54. On May, 7, 2020, Stephen Johnson signed check number 29057 ("Check 29057"), in the amount of $30,235.00, to "Billingsley Ford of Lawton,'Inc.," Lawton,

OK.  Check 29057 was drawn on Account #3146.  According to dealership records, Check 29057 was used to pay for a 2020 Ford F-150 Raptor, VIN: 1FTFW1RG6LFB66586 (VIN 6586).  According to a public record search, VIN 6586 is registered to Stephen Johnson DBA JMC Inc., 2504 SW Lee Blvd, Lawton, OK 73505 and assigned an OK Specialty Tag (University of Oklahoma, personalized) GOTSVN.



55.  Between February 22, 2018, and December 31, 2018, Linda I Johnson and Stewart M Johnson paid Wells Fargo Bank, San Francisco, CA, $96,876.57 via electronic funds transfers from account 1854 for loan 9760011774 ("loan 1774").  The final payment on December 31, 2018, closed out the loan.  Linda and Stewart Johnson originated loan 1774 with Wachovia Bank, N.A., Charlotte, NC, on or about February 21, 2007.  Loan 1774 was originally identified as loan 105000003567117 ("loan 7117").  The funds originally allocated for loan 7117 and transferred to loan 1774 amounted to $215,140.00.  Loan documents provided by Wells Fargo identify loan 7117 was used to purchase VIN 4VZBR1J985C047928 ("VIN 7928").  According to Wells Fargo Bank records, VIN 7928 identifies a 2006 American Eagle Recreational Vehicle.  According

28

to a public records search, VIN 7928 is a 2005 Spartan Mountain Master Motor home and is registered to Linda I Johnson, 307 NW 33rd Place, Lawton, OK. VIN 7928 is currently registered in Oklahoma and was assigned Oklahoma tag number BTU651.



## V. CONCLUSION

56.    Based on the foregoing facts and circumstances, I respectfully submit there is probable cause to believe that the Johnson family, through Combined, have violated 18 U.S.C. § 1347 (Health Care Fraud) and 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud). Furthermore, there is probable cause to believe that the Subject Accounts are subject to forfeiture under 18 U.S.C. § 981(a)(1)(C), and this Court may issue the requested seizure warrants pursuant to 18 U.S.C. § 981(b).